Date: 03/02/11                    **DIVIDENDS REMITTED TO THE COURT**                152010         Page:
                                     Check Number 110 Dated 03/02/11
                                     Case Number 08-17910 - WALCZAK, JOHN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Morris W. Levinsohn, MD, Inc.<br>4212 State Route 306<br>Willoughby, OH 44094<br>    ACCOUNT NO. 8827ML | 000007 | 41.19 | 1.02 |
| ---------- Remittance Total -------------- | | 41.19 | 1.02 |

_Richard Baumgart_ (signature)

RICHARD A. BAUMGART, Trustee

FILED 2011 MAR -9 PM 12:40 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND